1  ROSNER, BARRY & BABBITT, LLP
2  Christopher P. Barry, SBN: 179308
   Lacee B. Smith, SBN: 284168
3  10085 Carroll Canyon Road, Suite 100
4  San Diego, CA 92131
   Tel: (858) 348-1005 / Fax: (858) 348-1150
5  hawk@rbblawgroup.com
6  lacee@rbblawgroup.com

7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10 JOSE MONDRAGON, individually and        CASE NO. 13CV0363H RBB
11 on behalf of all others similarly situated,
                                            **CLASS ACTION**
12          Plaintiff,
                                            **Plaintiff's Notice of Motion And
13      v.                                  Motion For Attorney's Fees, Costs,
                                            and Expenses and Incentive Awards**
14
15 RON BAKER CHEVROLET, a                   Date:     April 6, 2015
   California Corporation;                  Time:     10:30 a.m.
16 CAPITAL ONE AUTO FINANCE, a              Judge:    Hon. Marilyn L. Huff
17 business entity form unknown;            Crtrm:    15A
   and DOES 1 through 10, inclusive,
18
19          Defendants.                     Complaint Filed: December 30, 2011
20
21
22
23
24
25
26
27
28

## NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on April 6, 2015, at 10:30 a.m. in Courtroom 15A, 15th Floor - Annex, in the U.S. District Court for the Southern District of California, San Diego, Plaintiff Jose Mondragon, on behalf of himself and the proposed Settlement Classes he represents, will and hereby does move, pursuant to Rules 23(b)(3) and (e) of the Federal Rules of Civil Procedure, for an order awarding attorney's fees, costs, and expenses of $621,500 from Capital One Auto Finance and $120,000 from Ron Baker Chevrolet; and for an order awarding $5,000 to Plaintiff Jose Mondragon as the class representative enhancement from both Capital One Auto Finance and Ron Baker Chevrolet. This motion will be based on this Notice and Motion, the following Memorandum of Points and Authorities, the Declarations of Hallen D. Rosner, Jose Mondragon, and Christopher P. Barry filed herewith, along with any exhibits thereto, the Settlement Agreements between the parties. Capitalized terms used in this Motion shall have the meanings and/or definitions given to them in the Settlement Agreements, as submitted to the Court herewith, unless otherwise defined herein.

DATED: January 30, 2015        ROSNER, BARRY & BABBITT, LLP

By:   /S/ Christopher P. Barry
       CHRISTOPHER P. BARRY
       Attorneys for Plaintiff

## PROOF OF SERVICE

*MONDRAGON v. RON BAKER CHEVROLET*
CASE NO. 13CV0363H RBB

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to the within action.  My business address is: 10085 Carroll Canyon Road, First Floor, San Diego, California 92131.

On **January 30, 2015**, I served the foregoing document(s) described as:

**Plaintiff's Notice of Motion And Motion For Attorney's Fees, Costs, and Expenses and Incentive Awards**

on the interested parties in this action at San Diego, California addressed as follows:

| | |
|---|---|
| Thomas R. Kelleher, Esq.<br>WALSH MCKEAN FURCOLO LLP<br>550 West C Street, Suite 950<br>San Diego, CA 92101<br>Telephone:  (619) 232-8486<br>Facsimile:  (619) 232-2691<br><br>**Attorneys for Defendant**<br>Ron Baker Chevrolet | Hunter Eley, Esq.<br>William Edmonson, Esq.<br>Johari N. Townes, Esq.<br>DOLL AMIR & ELEY LLP<br>1888 Century Park East, Suite 1850<br>Los Angeles, CA 90067<br>Telephone:  (310) 557-9100<br>Facsimile:  (310) 557-9101<br><br>**Attorneys for Defendant**<br>Capital One Auto Finance |
| Fletcher W. Paddison, Esq.<br>TROUTMAN SANDERS LLP<br>11682 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Telephone:  (858) 509-6000<br>Facsimile:  (858) 509-6040<br><br>**Co-Counsel for Defendant**<br>Capital One Auto Finance | David N. Anthony, Esq.<br>Alan D. Wingfield, Esq.<br>Nicholas R. Klaiber, Esq.<br>TROUTMAN SANDERS LLP<br>1001 Haxall Point<br>Richmond, VA 23219<br>Telephone:  (804) 697-1200<br>Facsimile:  (804) 698-6017<br><br>**Attorneys for Defendant**<br>Capital One Auto Finance |

[X]   **BY U.S. MAIL:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the business's practice for collecting and processing correspondence for mailing.  Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage thereon fully prepaid, at San Diego, California.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   **BY CM/ECF:** I electronically transmitted a true copy of said document(s) to the Clerk's Office using he CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the aforementioned CM/ECF registrants.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **January 30, 2015**, at San Diego, California.

Lisa M. Tyler